UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   GORDON M FAIRCHILD<br>   ANGELA E FAIRCHILD<br><br>                         Debtors | CASE NO: 06-32590<br>       (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045730**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 40 | CHARMING SHOPPES FASHION BUG<br>% FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 128.91 |

    /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/23/2010

Certificate of Service         06-32590

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| GORDON M FAIRCHILD | ANGELA E FAIRCHILD | HAROLD W WAMPLER I I I |
| 300 N. SCOTT STREET | 21 1/2 FORD AVENUE | 1343 WOODMAN DR |
| NEW CARLISLE, OH  45344 | TIPP CITY, OH  45371 | STE B |
| | | DAYTON, OH  45432 |
| | | |
| (40.1) | (94.1n) | (1062.1n) |
| CHARMING SHOPPES FASHION BUG | CITIMORTGAGE INC | D ANTHONY SOTTILE |
| % FIRST EXPRESS | MCCALLA RAYMER  BK DEPT | REISENFELD & ASSOCIATES |
| BOX 856021 | 1544 OLD ALABAMA RD | 3962 RED BANK RD |
| LOUISVILLE, KY  40285 | ROSWELL, GA  30076 | CINCINNATI, OH  45227 |

(95.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner         sv